IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT ANTHONY ORTON,<br><br>　　　　Defendant. | Case №: 2:15-mj-00229 KJN<br><br>[~~PROPOSED~~] O R D E R<br>TO UNITED STATES MARSHAL TO<br>ARRANGE TRANSPORTATION AND<br>SUBSISTENCE FOR DEFENDANT<br>[18 U.S.C. §4285] |

TO:　　UNITED STATES MARSHAL SERVICE

Upon the Defendant's Motion and good cause appearing,

YOU ARE HEREBY ORDERED to arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation from his home in Puyallup, Washington, to the Eastern District of California for his initial appearance scheduled for December 29, 2015, where his appearance is required; as well as furnish Defendant with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. §5702(a).

DATED: December 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*Order to United States Marshal to*
*Arrange Transportation And Subsistence*
*for Defendant*